Edward S. Mitchell, Inc., v. Dannemann Hosiery Mills.— Motion to

dismiss appeal granted, with ten dollars costs, unless defendant, appellant, procure the record on appeal to be filed on or before February 16, 1931, and procure said appellant's points to be filed on or before March 9, 1931. Present — Finch, McAvoy, Martin and O'Malley, JJ.